Of Counsel:
LAW OFFICE OF JEFFREY P. MILLER
A Limited Liability Law Company

JEFFREY P. MILLER    7559-0
American Savings Bank Tower
1001 Bishop Street, Suite 2925
Honolulu, Hawaii  96813
Telephone:  (808) 536-2442
Facsimile:  (808) 369-8281
Email:  jeff@millercounsel.com

Attorney for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTER TRUST FUNDS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami,<br><br>          Plaintiffs,<br><br>    vs.<br><br>GREGG MATHEW BURRIS,<br><br>         Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 16CV-00427 DKW-KSC<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AGAINST GREGG MATHEW BURRIS WITH PREJUDICE<br><br><br><br><br>Trial Date: July 31, 2017 |

## STIPULATION FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AGAINST GREGG MATHEW BURRIS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, the

HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees*

Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume,

George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo,

Jr., Ralph Hoohuli, and Travis Murakami (hereinafter referred to collectively as the

"Trust Funds" or "Plaintiffs"), by and through its counsel, the Law Office of

Jeffrey P. Miller, and Defendant Gregg Mathew Burris, by and through his

counsel, the law office of Justin A. Brackett, that the Complaint filed herein by the

Trust Funds is hereby dismissed with prejudice as to Defendant Gregg Mathew

Burris pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and D.

Haw. Local Rule 41.1.

Each party shall bear their own attorneys' fees and costs.

There are no remaining claims or parties to this action.

DATED:     June 1, 2017 at Honolulu, Hawaii.


_____/s/ Jeffrey P. Miller_____
JEFFREY P. MILLER
Attorney for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTERS TRUST FUNDS

2

DATED:   June 1, 2017 at Honolulu, Hawaii.


_____/s/ Justin A. Brackett_____
JUSTIN A. BRACKETT
Attorney for Defendant
GREGG MATHEW BURRIS


APPROVED AS TO FORM:


DATED:   June 7, 2017 at Honolulu, Hawaii.


/s/ Derrick K. Watson_____
Derrick K. Watson
United States District Judge


*Hawaii Carpenters Trust Funds v. Burris,* 16CV-00427 DKW-KSC,;
STIPULATION FOR DISMISSALOF PLAINTIFFS' COMPLAINT AGAINST
GREGG MATHEW BURRIS WITH PREJUDICE


3